UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-20637-MOORE/McALILEY

RICHARD L. GUERRA, JR.,
MICHELE STIEHL-GUERRA, ET. AL.,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**MEDIATOR'S REPORT**

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **July 16, 2015 @ 1:30 P.M.**

__✓__ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

_____ Other: _____

_____
Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-5987