UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF FLORIDA

CASE NO.:  15-cv-20637-MOORE/McALILEY

RICHARD L. GUERRA JR.,
MICHELE STIEHL-GUERRA,
MATHEW GARRET, NICOLE
EMUJIOFOR, LADONNA
YARBROUGH, STARR
MCALLISTER, CAROL BURNS
JENNY HAYNES, STEVEN DIEP,

    Plaintiffs,

vs.

CARNIVAL CORP.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby notifies the Court and all interested parties that the Parties have amicably settled this matter.  The terms and conditions of the settlement are confidential.  The Parties respectfully requests that this Court retain jurisdiction to enforce the terms of the settlement through the date on which the settlement is consummated.  Once the settlement has been consummated, the Parties will file a Stipulation for Order of Dismissal with Prejudice.

[Intentionally Left Blank]



CASE NO.:  15-20637-cv-MOORE/McALILEY

Respectfully submitted,

MASE LARA, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By: */s/ Thomas A. Briggs*
　　　CURTIS J. MASE
　　　Florida Bar No. 478083
　　　cmase@maselara.com
　　　THOMAS BRIGGS
　　　Florida Bar No.: 663034
　　　tbriggs@maselara.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, I served the foregoing document with the Clerk to the Court using Cm/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas A. Briggs*
　　　　　　　　　　　　　　　　　　　　　THOMAS A. BRIGGS



CASE NO.:  15-20637-cv-MOORE/McALILEY

## SERVICE LIST

**RICHARD L. GUERRA, *ET AL*. vs. CARNIVAL CORPORATION**
CASE NO.: 15-20637-cv-MOORE/McALILEY

David S. McKeand
McKeand Law Firm
16203 S. Temple Drive
Houston, TX 77095
Tel: (713) 956-0023
Fax: (713) 956-0093
mac.mckeand@yahoo.com
**(SERVED VIA E-MAIL)**
*Attorneys for Plaintiffs*

18706/#143

MASELARA
TRIAL LAWYERS